**No. 58297.**—B. M. Heede, Inc., et al. *v.* United States, protests 169222–K, etc. (New York).

Opinion by Rao, J.   Certain items of the merchandise, marked "A" and "B," stipulated to consist of paper napkins (except that those marked "B" are of crepe paper) the same as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474), were held dutiable at 15 percent under the provision in paragraph 1413, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for papers, embossed, cut, die-cut, or stamped into shapes.   Other items of the merchandise, marked "C," stipulated to consist of manufactures of paper wadding, were held dutiable at 6 cents per pound and 7½ percent ad valorem under the provision therefor in paragraph 1404, as modified by T. D. 51802.

**No. 58298.**—Wesley & Winter, Inc. *v.* United States, protests 223849–K and 225949–K (New York).

Opinion by Rao, J.   It was stipulated that the merchandise consists of paper napkins the same in all material respects (except that they are of crepe paper) as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474).   Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under said paragraph 1413, as modified, *supra*.

**No. 58299.**—E. Dillingham, Inc., et al. *v.* United States, protests 176706–K, etc. (Ogdensburg).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiffs was sustained.